

CLC/USAO2010R00950

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSHUA BROWN, )<br>)<br>Defendant )<br>) | CRIMINAL NO. L-10-0750<br>(Possession of a Firearm and<br>Ammunition by a Felon, 18 U.S.C. §<br>922(g); Forfeiture, 18 U.S.C. § 924(d)),<br>28 U.S.C. § 2461(c), and Fed. R. Crim.<br>P. 32.2(a)) |

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges:

On or about July 13, 2010, in the District of Maryland,

**JOSHUA BROWN,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, to wit: a Smith & Wesson, model SW9F, 9mm semi-automatic pistol, bearing serial number PAD5581, loaded with eighteen Federal brand 9mm Luger cartridges, in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE
(Firearms: 18 U.S.C. § 924(d))

The Grand Jury for the District of Maryland further finds that:

Pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of 18 U.S.C. 922(g) as set forth in Count One, the defendant shall forfeit to the United States of America any firearm or ammunition involved or used in such offense, including but not limited to the following: a Smith & Wesson, model SW9F, 9mm semi-automatic pistol, bearing serial number PAD5581, loaded with eighteen Federal brand 9mm Luger cartridges.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
Fed. R. Crim. P. 32.2(a)

_____
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

**SIGNATURE REDACTED**                 12/7/10
_____            _____
FOREPERSON                           DATE