AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. BEL-10-750 |
|  | ) |
| Joshua Brown | ) |
| *Defendant* |  |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **Joshua Brown**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:


Date: ___May 16, 2013___

_____
By: Deputy Clerk

Address: 101 W. Lombard Street
Baltimore, Md. 21201

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* MAY 16 2013, and the person was arrested on *(date)* JUNE 7 2013
at *(city and state)* BALTIMORE, MARYLAND

Date: JUNE 7 2013

_____
Arresting officer's signature

DUAN LISA SPAGNULO
*Printed name and title*