IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.                                                          Case No.   BEL-10-0750

JOSHUA BROWN

\*\*\*\*\*\*

## ORDER

This matter came before the Court for an initial appearance on a violation of supervised release petition.  The Court, having been fully advised by the parties, it is hereby

ORDERED that the defendant, Joshua Brown, is RELEASED on the existing conditions as established by the United States Probation Office governing his supervised release and it is further

ORDERED that the United States Marshals Service shall release Mr. Brown after processing.

_6/7/2013_
Date

_____
Timothy J. Sullivan
United States Magistrate Judge